UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MAIKO JESUS GAMEZ CALLE,

    Petitioner,

v.

PHILLIP VALDEZ, et al.,

    Respondents.

No. 6:26-CV-094-H

## ORDER OF DISMISSAL

Before the Court is the petitioner's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which dismisses the case without prejudice. Dkt. No. 5. The Notice indicates that the petitioner was voluntarily deported from the United States. *Id.* at 1. Because the respondents have not filed an answer or a motion for summary judgment, the Court dismisses this action without prejudice under Rule 41(a)(1)(A)(i). The parties shall each bear their own costs and attorneys' fees.

Counsel's application for admission pro hac vice (Dkt. No. 4) is denied as moot.

So ordered on June __2__, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE